**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ex parte Arlene Alaniz

Appellate case number:    01-13-00941-CR

Trial court case number:  1403221

Trial court:              182nd District Court of Harris County

On September 2, 2014, Arlene Alaniz filed Appellant's Motion to Withdraw the Mandate and Stay Issuance of the Mandate Thereafter. According to the motion, Alaniz has not yet filed an application for Writ of Certiorari to the United States Supreme Court. The motion is therefore premature. The motion is **DENIED**.

Judge's signature: /s/ Harvey Brown
      ☑ Acting individually     ☐ Acting for the Court

Date: September 16, 2014